THE PEOPLE OF THE STATE OF NEW YORK v. HARRY ALLEN ELY.— Motion to dismiss appeal granted, unless the appellant procure appellant's points to be filed on or before February 15, 1926.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of JOHN HEIM, Deceased.— See memorandum for counsel. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LOUIS K. SCHWARTZ v. GLADYS S. WHYTE.— Motion to dismiss appeal denied and the time of appellant in which to serve and file the record on appeal is extended to and including January 7, 1926.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLIAM F. DORNBUSCH and Others v. HANS KRAUSE.— Application granted. Order signed.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LEE COHAN v. MOLLIE FLANDER, Individually, etc., Impleaded with Others.—. Application denied, with ten dollars costs, and stay vacated.    Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MARC KLAW v. ABRAHAM L. ERLANGER and Others.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HELEN S. STEINER v. HOWARD IRVING STEINER.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GRACE H. GUINZBURG and Others v. GUSTAVE BLUMENTHAL and Others.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SUSAN CHILDS, as Administratrix, etc., v. NATIONAL SURETY COMPANY.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ARTURO D'ALOISIO and Others v. BAREN, LEHRMAN & BERLER, INC.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

PATSY GENTILALA, an Infant, etc., v. FAY TAXICABS, INC.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE S. C. BECKWITH SPECIAL AGENCY v. ROSSLYN M. COX, Impleaded with Others.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of RALPH E. MILLER, Deceased.— Motion granted.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

STEFANO BERIZZI CO., INC., v. RAW SILK TRADING CO., INC.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

STEFANO BERIZZI CO., INC., v. RAW SILK TRADING CO., INC.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ERNEST STAHL, JR., as Trustee, etc., v. ELI H. BERNHEIM, Impleaded with Others.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.